## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE)** | ) | **3:09-md-02100-DRH** |
| **MARKETING, SALES PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Katiera Davis v. Bayer Corporation* | No. 13-cv-10133-DRH |
| *Katherine Livingston v. Bayer Corporation* | No. 14-cv-10376-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.09.16
13:15:54 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT